# EXHIBIT A

*DENVER, CO 80217*

=======================

PERSONAL & CONFIDENTIAL
Return Service Requested

**800-452-6695**

## First Revenue Assurance

June 18, 2007

Your Account No.: 7641685
You Owe: CINGULAR WIRELESS
Balance: $100.43

2289 - 5092

**Visit our web site www.firstrevenue.com
Make a payment, set up a payment plan,
report important information regarding your
account.**

22897641685
STEPHEN LEE
5246 MISSION STREET
SAN FRANCISCO CA 94112-3732

Ililulululuulluulludulalldiuuludlulululululududu

---

## Intent to Report to Credit Bureaus

Be advised that we are planning to submit your name, address and the amount due of $100.43 to Equifax, Experian, and
TransUnion credit reporting services on 07-18-07.

Since this could have a serious impact on your credit rating nationwide and may prevent you from obtaining credit when
you need it most, we are offering you one last chance to pay the balance of $100.43 before this serious action is taken.

Your full payment forwarded directly to us in the enclosed envelope by the due date set forth above, will prevent the
reporting of your past due account to these credit services.

You may contact us by phone at 800-452-6695.

---

*This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.*
PLEASE MAIL ALL CORRESPONDENCE TO PO BOX 5818, DENVER, CO 80217
IMPORTANT: Please have this reference number handy when calling our office # 7641685 
OFFICE HOURS: MONDAY-THURSDAY 7:00AM-8:00PM, FRIDAY 7:00AM-5:00PM MST

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE DETACH AND ENCLOSE THE LOWER PORTION WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED.

NU

Send correspondence to above address.

IF YOU WISH TO PAY BY VISA OR MASTERCARD, PLEASE CALL OUR
OFFICE OR VISIT OUR WEBSITE AT www.firstrevenue.com

VISA **VISA**                    MASTERCARD

Creditor: CINGULAR WIRELESS
Total Due: $100.43
Account No.: 7641685
Pay This Amount: $100.43

**SEND ONLY PAYMENTS TO THIS ADDRESS:**

STEPHEN LEE
5246 MISSION STREET
SAN FRANCISCO CA 941123732

7641685 1429
FIRST REVENUE ASSURANCE
PO BOX  3020
ALBUQUERQUE NM  87110

Ilulululuuludlluulllhul

570120007641685000000142900000100433



2289-5092  RCB  r

**EXHIBIT B**



**First Revenue Assurance**

| About Us | Make a Payment | Set Up a Payment Plan | Record a Dispute | Record a Bankruptcy | Contact Us |

HOME

**ABOUT US**



MAKE A PAYMENT

RECORD A
BANKRUPTCY

RECORD A DISPUTE

HELP US TO HELP
YOU.

**First Revenue Assurance** is a technologically sophisticated accounts receivable management organization. Founded in 1997 our company has assisted millions of individuals with resolving outstanding collection balances. Many large well-known companies who require professional assistance with bringing their customer's accounts up to date contract our services. Our business is to assist both parties with finding a solution. We are creative and flexible. We have been successful in making settlements that are satisfactory for both our client and their customers where often others have failed. We believe all individuals deserve to be treated with dignity and respect regardless of their current or past financial condition.

**OUR MEASURE OF SUCCESS**
Client Satisfaction
Client Retention
Employee Satisfaction
Customer Profitability



First Revenue Assurance
P.O. Box 5818
Denver, CO 80217
(303)-595-4400

This is an attempt to collect a debt. Any information obtained will be used for this purpose.

© 1999 - 2006 First Revenue Assurance Corporation.  All rights reserved.  Terms of Service
| Privacy Statement

**EXHIBIT C**



**First Revenue Assurance**

| About Us | Make a Payment | Set Up a Payment Plan | Record a Dispute | Record a Bankruptcy | Contact Us |

HOME

**VERIFY A PAYMENT**
Have you paid this bill already?

**RECORD A BANKRUPTCY**
You must have the case#, filing date, attorney name and phone number.

**RECORD A DISPUTE**
You have 30 days to report your dispute and receive proof

**HELP US TO HELP YOU**

Be our CLIENT

First Revenue Assurance
P.O. Box 5818
Denver, CO 80217
(303)-595-4400

## Record a Bankruptcy

\* In order to protect individual right to privacy no form will be processed unless completed fully.

Account Number*

Last Name*          First Name*          Middle Initial

Street          City/State          Zip Code

Daytime Phone*          Evening Phone*          Best time to call*

*If this debt was included in a bankruptcy filing, we will stop contacting you immediately.*
*You must provide the following information. If you do not have case no please provide your attorney's name and phone number*

Filing date*          Case number*          Chapter*

Court Location*          Attorney          Atty Phone Number

\* In order to protect individual right to privacy no form will be processed unless completed fully.

*Thank You! This Information will be verified with the court.!*

[ Clear Entries ]          [ Submit ]

This is an attempt to collect a debt.  Any information obtained will be used for this purpose.

**EXHIBIT D**



| About Us | Make a Payment | Set Up a Payment Plan | Record a Dispute | Record a Bankruptcy | Contact Us |



HOME

## VERIFY A PAYMENT
Have you paid this bill already?

## RECORD A BANKRUPTCY
You must have the case#, filing date, attorney name and phone number.

## RECORD A DISPUTE
You have 30 days to report your dispute and receive proof

## HELP US TO HELP YOU



First Revenue Assurance
P.O. Box 5818
Denver, CO 80217
(303)-595-4400

# Record a Dispute

### Please send all disputes in writing to:

First Revenue Assurance

P.O. Box 5818

Denver, CO 80217

888-283-7459

### Be sure to include in your letter:

- Account number
- Full name
- Complete address
- Phone number where you can be contacted
- Brief explanation of why you are disputing the bill

This is an attempt to collect a debt. Any information will be used for that purpose.

# EXHIBIT E



| About Us | Make a Payment | Set Up a Payment Plan | Record a Dispute | Record a Bankruptcy | Contact Us |



HOME

*"Our business is to assist both parties with finding a solution. We believe all individuals deserve to be treated with dignity and respect regardless of financial condition."*

## Employment Opportunities

First Revenue Assurance provides employment growth opportunities to individuals interested in a career in the field of accounts receivable management.

## Accounts Receivable Management Services

**VERIFY A PAYMENT**
Have you paid this bill already?

**RECORD A BANKRUPTCY**
You must have the case#, filing date, attorney name and phone number.

**RECORD A DISPUTE**
You have 30 days to report your dispute and receive proof

**HELP US TO HELP YOU**

**Call Center Support**
- ◉ Inquiry and Demand Notices
- ◉ Virtual Messaging
- ◉ Inbound and Outbound call overflow
- ◉ Skip tracing database

**Collection Services**
- ◉ Pre/Post-charge off collection service
- ◉ E-Recovery Collections
- ◉ Collection notices
- ◉ Skip tracing

We offer full and part time call center positions as well as opportunities in administration, IT and sales.

We pay a salary plus bonus, in addition we offer a full benefits program including healthcare and 401k. First Revenue Assurance is non-discriminating, equal opportunity employer.

First Revenue Assurance is a licensed and bonded debt collection agency. We comply with the Federal Fair Debt Collection Practices Act as well as State and Local laws.

To review your rights under these laws, click here.

We encourage your application to join our professional team. For more information contact hr@firstrevenue.com



First Revenue Assurance
P.O. Box 5818
Denver, CO 80217
(303)-595-4400

This is an attempt to collect a debt. Any information obtained will be used for this purpose.

Please click here to download an application for employment in MS Word format



© 1999 - 2006 First Revenue Assurance Corporation. All rights reserved. Terms of Service | Privacy Statement