1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for defendant
   First Revenue Assurance, LLC
7  erroneously sued as
   First Resolution Corporation
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13  STEPHEN LEE, individually and on  )   CASE NO.: C 07 6066 MHP
    behalf of all others similarly    )
14  situated,                          )
                                       )   **CERTIFICATE OF**
15             Plaintiff,              )   **INTERESTED PARTIES**
                                       )
16       vs.                           )
                                       )
17  FIRST REVENUE ASSURANCE            )
    CORPORATION; DOES 1                )
18  THROUGH 25, INCLUSIVE,             )
                                       )
19             Defendants.             )
                                       )
20  _____ )

21

22

23

24

25

26

27

28

LEE V.FIRST REVENUE ASSURANCE CORPORATION (CASE NO. C 07 6066 MHP)
CERTIFICATE OF INTERESTED PARTIES

1     Pursuant to Civil L.R. 3-16, the undersigned counsel of record for
2 Defendant certifies that, other than the named defendant in this action, no other
3 persons, associations of persons, firms, partnerships, corporations (including
4 parent corporations) or other entities (i) have a financial interest in the subject
5 matter in controversy or in a party to the proceeding, or (ii) have a non-financial
6 interest in that subject matter or in a party that could be substantially affected by
7 the outcome of this proceeding.

9 DATED: January 16, 2008     SIMMONDS & NARITA LLP
    TOMIO B. NARITA
10     JEFFREY A. TOPOR

13     By:   /Tomio B. Narita/
    Tomio B. Narita
14     Attorneys for Defendant
    First Revenue Assurance, LLC
15     erroneously sued as First Resolution
    Assurance Corporation

LEE V. FIRST REVENUE ASSURANCE CORPORATION (CASE NO. C 07 6066 MHP)
CERTIFICATE OF INTERESTED PARTIES     2.