**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: March 17, 2008

Case No.   C 07-6066  MHP            Judge: MARILYN H. PATEL

Title: STEPHEN LEE -v- FIRST REVENUE ASSURANCE CORPORATION

Attorneys:  Plf: Irving Berg
            Dft: Tomia Narita

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Matter referred to ADR for Mediation, to be completed within 90 days; A further status conference set for 7/21/2008 at 3:00 pm, with a joint status report to be filed one week prior.