APR-24-2008 18:16 From:                                    To:415 352 2625          P.2/3

1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  ATTORNEY FOR PLAINTIFF

6

                    UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN LEE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST REVENUE ASSURANCE CORPORATION, et al.<br><br>Defendants. | Case No. CV 07-6066 MHP<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE CLASS [Rule 41(a)(1)(ii)] |

   IT IS HEREBY STIPULATED by and between plaintiff STEPHEN LEE ("Plaintiff") on the one hand, and Defendant FIRST REVENUE ASSURANCE CORPORATION, ("Defendant"), on the other hand, through their respective counsel of record, that the parties have reached settlement in this action and that the action against Defendant, shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees. The putative class claims shall be dismissed without prejudice.

///
///
///
///
///

STIPULATION FOR DISMISSAL WITH                        LEE V. FIRST REVENUE ASSURANCE
PREJUDICE AS TO PLAINTIFF AND                         CORPORATION
WITHOUT PREJUDICE AS TO THE CLASS                     CASE NO: 07 CV 6066 MHP
[Rule 41(a)(1)(ii)]                        1

```
 1
 2                                          STEPHEN LEE
 3   Dated: 4.24.08
                                            by: Irving L. Berg
 4                                          THE BERG LAW GROUP
                                            Attorney for Plaintiff
 5
 6                                          SIMMONDS & NARITA LLP
 7
 8   Dated: 7-8-08
                                            by: Tomio Narita
 9                                          SIMMONDS & NARITA LLP
                                            Attorney for Defendant
10
```



STIPULATION FOR DISMISSAL WITH                    LEE V. FIRST REVENUE ASSURANCE
PREJUDICE AS TO PLAINTIFF AND                     CORPORATION
WITHOUT PREJUDICE AS TO THE CLASS                 CASE NO: 07 CV 6066 MHP
[Rule 41(a)(1)(ii)]                        2