APR-24-2008 18:16 From:                                    To:415 352 2625          P.2/3

1   Irving L. Berg (SBN 36273)
    THE BERG LAW GROUP
2   145 Town Center, PMB 493
    Corte Madera, California 94925
3   (415) 924-0742
    (415) 891-8208 (Fax)
4   irvberg@comcast.net (e-mail)

5   ATTORNEY FOR PLAINTIFF

6

7                    UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10  STEPHEN LEE, individually and on        Case No. CV 07-6066 MHP
    behalf of all others similarly situated,
11                                           STIPULATION FOR DISMISSAL
                                             WITH PREJUDICE AS TO PLAINTIFF
12            Plaintiffs,                    AND WITHOUT PREJUDICE AS TO
                                             THE CLASS [Rule 41(a)(1)(ii)]
13       v.
    FIRST REVENUE ASSURANCE
14  CORPORATION, et al.

15            Defendants.

16  _____/

17       IT IS HEREBY STIPULATED by and between plaintiff STEPHEN LEE ("Plaintiff") on

18  the one hand, and Defendant FIRST REVENUE ASSURANCE CORPORATION,

19  ("Defendant"), on the other hand, through their respective counsel of record, that the parties have

20  reached settlement in this action and that the action against Defendant, shall be dismissed with

21  prejudice, each party to bear its own costs and attorneys' fees. The putative class claims shall be

22  dismissed without prejudice.

23  ///

24  ///

25  ///

26  ///

27  ///

28  STIPULATION FOR DISMISSAL WITH        LEE V. FIRST REVENUE ASSURANCE
    PREJUDICE AS TO PLAINTIFF AND         CORPORATION
    WITHOUT PREJUDICE AS TO THE CLASS     CASE NO: 07 CV 6066 MHP
    [Rule 41(a)(1)(ii)]                          1

1

2

3    Dated: 4.24.08

STEPHEN LEE

by: Irving L. Berg
THE BERG LAW GROUP
Attorney for Plaintiff

4

5

6

7

8    Dated: 7-8-08

SIMMONDS & NARITA LLP

by: Tomio Narita
SIMMONDS & NARITA LLP
Attorney for Defendant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL WITH
PREJUDICE AS TO PLAINTIFF AND
WITHOUT PREJUDICE AS TO THE CLASS
[Rule 41(a)(1)(ii)]

LEE V. FIRST REVENUE ASSURANCE
CORPORATION
CASE NO: 07 CV 6066 MHP

2